UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RASHA NAZ BEG, M.D.,

    Plaintiff,                                          Case No. 2: 25-CV-00273-SPC-KCD

v.

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, L.L.C.,
a Florida Limited Liability Company,

    Defendant.
_____

## STIPULATION OF DISMISSAL

THE PARTIES to this Action hereby stipulate to dismissal of this Action with prejudice. Each party shall bear its own attorneys' fees and costs.

                                                          Respectfully submitted,

| Sigman & Sigman, P.A.<br>211 Maitland Avenue<br>Altamonte Springs, FL 32701<br>Tel: 407-332-1200<br><br>By: /s/Patricia R. Sigman<br>Patricia R. Sigman<br>Florida Bar #: 0961957<br>patricia@sigmanlaw.com<br>Attorney for Plaintiff | Foley & Lardner LLP<br>100 North Tampa Street, Ste. 2700<br>Tampa, FL 33602<br>Tel: 813-225-4111<br><br>By: /s/Maureen M. Stewart<br>Maureen M. Stewart<br>Florida Bar #: 1024099<br>mstewart@foley.com<br>Attorney for Defendant |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025 I filed this Stipulation in the CM/ECF system, which will serve a copy on all counsel of record in this Action.

                                                          /s/Patricia R. Sigman